UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **DR. DIONE M. WILLIAMS,** | : | Civil Action No. 06-1649 (JAP) |
| **Plaintiff,** | : | |
| v. | : | |
| **NEWARK BETH ISRAEL MEDICAL CENTER, et al.,** | : | ORDER |
| **Defendants.** | : | |

The Court, having conducted a status conference in the above matter on this date; and Defendants seeking the production of the transcripts of Plaintiff's appearance before the Medical Practitioner Review Panel/State Board of Medical Examiners ("the Board") regarding her "relationship or status with Newark Beth Israel Medical Center"; and the Court having reviewed the submissions of the parties; and the Court finding that immediate production of the transcripts is appropriate for the reasons expressed on the Record; and the Court having considered this matter pursuant to FED.R.CIV. 78, and for good cause having been shown;

IT IS on this 2nd day of August, 2007,

ORDERED that Plaintiff produce the transcript forthwith; and it is further

ORDERED that, to that end, Counsel for Plaintiff shall contact Robert Little, Esq., and all other counsel representing Dr. Williams during the time of her appearance before the Board, no later than **August 9, 2007**, to obtain a copy of the transcript of the proceeding; and it is further

ORDERED that Counsel for Plaintiff shall ask said counsel whether they have a copy of the transcript or ever were in possession of one; and it is further

ORDERED that Counsel for Plaintiff shall provide this Court with a comprehensive update

regarding his progress in obtaining the transcript no later than **August 10, 2007**; and it is further

ORDERED that should the transcript not be in possession of any of Dr. Williams' prior counsel, the Court will set a schedule for the parties to contact the Board in an effort to obtain the transcript.

                                                        s/ Tonianne J. Bongiovanni
                                                        **TONIANNE J. BONGIOVANNI**
                                                        **United States Magistrate Judge**